UNITED STATES of America, Plaintiff—Appellee,

v.

Antonio HUGHS, Defendant—Appellant.

No. 09–8192.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2010.

Decided: June 3, 2010.

Antonio Hughs, Appellant Pro Se. Maxwell B. Cauthen, III, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Hughs appeals the district court's order denying his motion to pro-

ceed in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hughs,* No. 6:03–cr–00703–GRA–12 (D.S.C. Nov. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*